# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PATRICIA TOMLINSON and JEFFREY TOMLINSON, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 7:09-CV-11 (HL) |
| LESLIE BROGDON and ANDREW BROGDON, | : |
| Defendants. | : |

## ORDER

After conferring with the parties during the pre-trial conference held in Macon, Georgia on March 4, 2010, the Court orders that discovery be reopened for a period of sixty days. Unless good cause is shown to extend, the discovery period will close on Monday, May 3, 2010. No discovery request may be served unless the response to the request can be completed within the sixty-day period.

In the event that a discovery dispute arises, the parties are ordered to telephone the Court and discuss the dispute. The Court will not consider motions to compel. Likewise, if an extension of time is needed, then the parties are to telephone the Court and request an extension.

The motion for summary judgment filed by Defendants remains active. Plaintiffs have twenty days from the date Defendants served the motion to file a response. The Court will make a timely ruling on the motion. If the motion is denied or the case does not settle, the case will be tried in Valdosta, Georgia during the week of June 21, 2010.

**SO ORDERED**, this the 4th day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc